# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157775(17)

SHEILA CLARKE, Personal Representative
of the Estate of JANIKA NICOLE
EDMOND, Deceased,
        Plaintiff-Appellee,

v

        SC: 157775
        COA: 340615
        Washtenaw CC: 17-000322-NO

DEPARTMENT OF CORRECTIONS,
ANTHONY STEWART, DAVID JOHNSON,
DAVID OSTERHOUT, R'KIA TAYLOR,
KRISTA SURBIC, LOREN HAILES, HEATHER
WASHINGTON, JOHANNA BARTEL,
ALEXIA JOHNSON, LASHAWNA DONALD,
TRACY MAUPINS, and MARCIA PORTER,
        Defendants-Appellants,
and

DIANNA LYNN CALLAHAN and KORY
MOORE,
        Defendants.
_____/

        On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 1, 2018.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        June 11, 2018             

                                          Clerk